MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Email: Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE BENTLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-03690-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from June 2, 2025, up to and including July 17, 2025. This is the Defendant's second extension request.

    Pursuant to the agency's recent deferred resignation/retirement program, the undersigned counsel, Michelle A. Pavelek, will be placed on administrative leave as of Monday, May 5, 2025. Consequently, all of the undersigned counsel's cases, including this one, must be reassigned to alternative counsel. Defendant requests this extension not only to ensure a smooth transition as many cases are being reassigned, but also to provide new counsel time to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for

settlement; and if not, to prepare Defendant's response to Plaintiff's motion. Although the request is for 60 days, Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

                                            LAW OFFICES OF FRANCESCO BENAVIDES

Dated:  May 2, 2025                    /s/  *Francesco Benavides\**
                                            (*as authorized via e-mail)
                                            FRANCESCO BENAVIDES
                                            Attorney for Plaintiff

Dated:  May 2, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Social Security Administration

                                  By:     /s/  *Michelle A. Pavelek*
                                            MICHELLE A. PAVELEK
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 17, 2025 to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to July 31, 2025.

IT IS SO ORDERED.

Dated:  May 2, 2025                                          _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE